**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| RANDSTAD PROFESSIONALS US, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH TAMBERRINO, ERIC HOWSER, and BRYAN WATTS,<br><br>Defendants. | ) | CASE NO. 1:18-cv-940-ELR |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Randstad Professionals US, LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this case *without prejudice*. Pursuant to Paragraph Nos. 41 and 42 of the Consent Preliminary Injunction [ECF No. 23] entered by the Court, the Consent Preliminary Injunction remains in effect, and the Court has entered an order retaining jurisdiction over this action prior to the entry of dismissal.

ON BEHALF OF RANDSTAD PROFESSIONALS US, LLC

By /s/ Erik W. Weibust

By /s/ Alex Meier

Eric Barton
Georgia Bar No. 040704
Alex Meier
Georgia Bar No. 282350
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
ebarton@seyfarth.com
ameier@seyfarth.com

Erik W. Weibust (admitted *pro hac vice*)
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
Telephone: 617-946-4800
Facsimile: 617-946-4801
eweibust@seyfarth.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| RANDSTAD PROFESSIONALS US, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:18-cv-940-ELR |
| JOSEPH TAMBERRINO, ERIC HOWSER, and BRYAN WATTS, | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I certify that on April 17, 2018, I electronically filed **PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

/s/ Alex Meier
Counsel for Plaintiff